B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    __Scrub Island Construction Limited__                                                                   Case No. _____

                                                         Debtor(s)             Chapter    __11__ _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Art Linares and David Foster<br>242 Toby Hill Rd<br>Westbrook, CT 06498 | Art Linares and David Foster<br>242 Toby Hill Rd<br>Westbrook, CT 06498 | | | 1,653,000.00 |
| Oscar Rivera<br>664 Calle Concordia<br>San Juan, PR 00907 | Oscar Rivera<br>664 Calle Concordia<br>San Juan, PR 00907 | | | 1,538,387.00 |
| Pablo Dardet<br>MCS Plaza, Suite 809<br>255 Ponce de Leon Ave<br>Hato Rey, PR 00917 | Pablo Dardet<br>MCS Plaza, Suite 809<br>255 Ponce de Leon Ave<br>Hato Rey, PR 00917 | | | 1,414,355.00 |
| Blue Water Traders<br>c/o Oscar Juelle<br>PMB 302 Suite 9A, B-5 Calle Tabonuco<br>Guaynabo, PR 00968 | Blue Water Traders<br>c/o Oscar Juelle<br>PMB 302 Suite 9A, B-5 Calle Tabonuco<br>Guaynabo, PR 00968 | | | 1,284,320.00 |
| MHLSC Management<br>c/o Michael McCann<br>3004 Georgetown<br>Houston, TX 77005 | MHLSC Management<br>c/o Michael McCann<br>3004 Georgetown<br>Houston, TX 77005 | | | Undetermined |
| Thomas Frederick<br>10705 Lake Alice Cove<br>Odessa, FL 33556 | Thomas Frederick<br>10705 Lake Alice Cove<br>Odessa, FL 33556 | | | Undetermined |

B4 (Official Form 4) (12/07) - Cont.

In re  **Scrub Island Construction Limited**                                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Joe C. Collier III, Managing Member CIH Loft LLC, the Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____11-19-13_____                    Signature _____

                                                              CIH Loft LLC, Director
                                                              By:  Joe C. Collier III, Managing Member

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.